UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEW JERSEY

CLAUDE
Plaintiff,

2:25-cv-01017-WJM-JSA

v.

NAGOMI ENTERPRISE, LLC
Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 7th day of July, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

WILLIAM J. MARTINI
United States District Judge